So Ordered.

Signed this 10 day of October, 2017.

Diane Davis
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

    EDWARD V. MILLER,
    MARGARET A. MILLER

Debtors.

**ORDER**

B-17-60029

Chapter 7

    Upon the application of Ford Motor Credit Company, LLC for an Order pursuant to Section 362(d) of the Bankruptcy Code, lifting and vacating the stay of lien enforcement as it pertains to the debtors' 2011 Ford F150, Vin# 1FTFW1ET2BFC99427; and the motion having been submitted on the papers, and there being no opposition thereto, it is hereby

    **ORDERED,** that the stay of lien enforcement is hereby lifted and vacated as to the debtors' 2011 Ford F150, Vin# 1FTFW1ET2BFC99427; and it is further

    **ORDERED**, that the debtor shall disclose the location of the collateral to Ford Motor Credit Company, LLC; and it is further

**ORDERED,** that the Chapter 7 Trustee shall be informed as to any surplus monies resulting from the sale of the subject vehicle.

**ORDERED,** that the Trustee be added as a necessary party to receive notice of the report of sale and surplus money proceedings; and it is further

**ORDERED,** that the closure of the case shall not constitute an abandonment of the Trustee's interest, if any, in any surplus proceeds.

###