# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK
# UTICA DIVISION

In re:  MILLER, EDWARD V § Case No. 17-60029
      MILLER, MARGARET A §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    L. DAVID ZUBE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $516,520.00 *(without deducting any secured claims)* | Assets Exempt: $235,845.00 |
| Total Distribution to Claimants: $42,831.94 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $12,469.49 | |

    3) Total gross receipts of $ 56,181.48  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 880.05  (see **Exhibit 2**), yielded net receipts of $55,301.43 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $46,894.18 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,469.49 | 12,469.49 | 12,469.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 13,736.00 | 41,913.46 | 41,913.46 | 42,831.94 |
| **TOTAL DISBURSEMENTS** | $13,736.00 | $101,277.13 | $54,382.95 | $55,301.43 |

4) This case was originally filed under Chapter 7 on January 12, 2017. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/16/2019          By: /s/L. DAVID ZUBE
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Ownership interest in EDM Realty, Inc. | 1129-000 | 20,881.48 |
| Recover Debtor Paid Attorney Fees | 1290-000 | 2,000.00 |
| Settlement: equity in residence & Edgewater | 1249-000 | 33,300.00 |
| **TOTAL GROSS RECEIPTS** | | **$56,181.48** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MILLER, EDWARD V | Dividend paid 100.00% on $880.05; Claim# SURPLUS; Filed: $880.05; Reference: | 8200-002 | 880.05 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$880.05** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CitiMortgage, Inc. | 4110-000 | N/A | 46,894.18 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$46,894.18** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - L. DAVID ZUBE | 2100-000 | N/A | 6,015.07 | 6,015.07 | 6,015.07 |
| Trustee Expenses - L. DAVID ZUBE | 2200-000 | N/A | 44.10 | 44.10 | 44.10 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) - L. David Zube, Esq. | 3110-000 | N/A | 6,105.00 | 6,105.00 | 6,105.00 |
| Attorney for Trustee Expenses (Trustee Firm) - L. David Zube, Esq. | 3120-000 | N/A | 196.58 | 196.58 | 196.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.01 | 11.01 | 11.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.01 | 32.01 | 32.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.97 | 30.97 | 30.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.96 | 15.96 | 15.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.79 | 18.79 | 18.79 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $12,469.49 | $12,469.49 | $12,469.49 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | American Express National Bank | 7100-000 | N/A | 28,381.39 | 28,381.39 | 28,381.39 |
| 2I | American Express National Bank | 7990-000 | N/A | N/A | 0.00 | 621.94 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 917.00 | 617.82 | 617.82 | 617.82 |
| 3I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | N/A | 0.00 | 13.54 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 12,819.00 | 12,914.25 | 12,914.25 | 12,914.25 |
| 4I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | N/A | 0.00 | 283.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $13,736.00 | $41,913.46 | $41,913.46 | $42,831.94 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-60029  
**Case Name:** MILLER, EDWARD V  
MILLER, MARGARET A  
**Period Ending:** 10/16/19

**Trustee:** (520640) L. DAVID ZUBE  
**Filed (f) or Converted (c):** 01/12/17 (f)  
**§341(a) Meeting Date:** 02/13/17  
**Claims Bar Date:** 10/24/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   14B Edgewater Park, Bronx, NY 10465-3504, Bronx  Orig. Asset Memo: Imported from original petition Doc# 14  (See Footnote) | 150,000.00 | 103,105.82 | | 0.00 | FA |
| 2   4 Damgaard Rd, Andes, NY 13731-7164, Delaware Co  Debtors' jointly owned residence; subject to mortgage ($47,026 per amended schedules) and to IRS lien against husband (filed just days before case filing) which, technically, encumbers the entire value of the property.  Exemption amount is allowed amount per Order dated 10/03/17.  (See Footnote) | 210,000.00 | 80,199.00 | | 0.00 | FA |
| 3   Checking Account: N.B.T 3759  Orig. Asset Memo: Imported from Amended Doc#: 21 | 0.00 | 0.00 | | 0.00 | FA |
| 4   Savings Account: N.B.T 5295  Orig. Asset Memo: Imported from Amended Doc#: 21 | 20.00 | 0.00 | | 0.00 | FA |
| 5   Four(4) beds  Orig. Asset Memo: Imported from Amended Doc#: 21 | 500.00 | 500.00 | | 0.00 | FA |
| 6   Five(5) dressers  Orig. Asset Memo: Imported from Amended Doc#: 21 | 500.00 | 500.00 | | 0.00 | FA |
| 7   Living room set  Orig. Asset Memo: Imported from Amended Doc#: 21 | 1,000.00 | 0.00 | | 0.00 | FA |
| 8   Chairs  Orig. Asset Memo: Imported from Amended Doc#: 21 | 450.00 | 450.00 | | 0.00 | FA |
| 9   Four(4) TVs  Orig. Asset Memo: Imported from Amended Doc#: 21 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 10   Regular clothing items for 2 people  Orig. Asset Memo: Imported from Amended Doc#: 21 | 1,000.00 | 1,000.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-60029  
**Case Name:** MILLER, EDWARD V  
MILLER, MARGARET A  
**Period Ending:** 10/16/19

**Trustee:** (520640) L. DAVID ZUBE  
**Filed (f) or Converted (c):** 01/12/17 (f)  
**§341(a) Meeting Date:** 02/13/17  
**Claims Bar Date:** 10/24/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | 2 watches, wedding rings; miscellaneous earrings<br>  Orig. Asset Memo: Imported from Amended Doc#: 21 | 850.00 | 0.00 | | 0.00 | FA |
| 12 | 14B Edgewater Park, Bronx, NY 10465-3504, Bronx<br>  Orig. Asset Memo: Imported from Amended Doc#: 21 | 1,100.00 | 0.00 | | 0.00 | FA |
| 13 | Int. in Ins. policies: Equitable/variable<br>  Orig. Asset Memo: Imported from Amended Doc#: 21 | 150,000.00 | 0.00 | | 0.00 | FA |
| 14 | Unpaid compensation from Miller Mechanical Servi<br>  Orig. Asset Memo: Imported from Amended Doc#: 21 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 2000 Jeep Cherokee, 140000 miles. Entire propert<br>  Orig. Asset Memo: Imported from Amended Doc#: 21 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | 2010 Ford Explorer, 105000 miles<br>  Orig. Asset Memo: Imported from Amended Doc#: 21 (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 17 | One(1) dog/golden doodle<br>  Orig. Asset Memo: Imported from Amended Doc#: 21 | 100.00 | 0.00 | | 0.00 | FA |
| 18 | Ownership interest in EDM Realty, Inc.<br>  Orig. Asset Memo: Imported from Amended Doc#: 21 (See Footnote) | 0.00 | 0.00 | | 20,881.48 | FA |
| 19 | Recover Debtor Paid Attorney Fees  (u)<br>  Per demand of trustee for disgorgement of attorney fees paid by Debtors to file case, the original firm paid over the entire amount. | 0.00 | 0.00 | | 2,000.00 | FA |
| 20 | Settlement: equity in residence & Edgewater  (u) | 0.00 | 0.00 | | 33,300.00 | FA |
| **20** | **Assets    Totals** (Excluding unknown values) | **$516,520.00** | **$186,754.82** | | **$56,181.48** | **$0.00** |

RE PROP# 1    resolved by settlement agreement with Debtors - see Asset 20; removed by amended Schedule (incorrect)

RE PROP# 2    resolved by settlement agreement with Debtors - see Asset 20

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 17-60029  
**Case Name:** MILLER, EDWARD V  
              MILLER, MARGARET A  
**Period Ending:** 10/16/19

**Trustee:** (520640) L. DAVID ZUBE  
**Filed (f) or Converted (c):** 01/12/17 (f)  
**§341(a) Meeting Date:** 02/13/17  
**Claims Bar Date:** 10/24/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

RE PROP# 16    actually a 2011; motion for relief filed and granted

RE PROP# 18    debtor husband owns 50% of shares - real estate sold and corp. debt paid off.  funds received equal
                    1/2 of balance.

**Major Activities Affecting Case Closing:**

    pending 9019 motion on 5/7/19 Court Calendar;  if approved, TFR to be filed

**Initial Projected Date Of Final Report (TFR):**    December 31, 2018    **Current Projected Date Of Final Report (TFR):**    June 11, 2019  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 17-60029  
**Case Name:** MILLER, EDWARD V  
MILLER, MARGARET A  
**Taxpayer ID #:** **-***7359  
**Period Ending:** 10/16/19

**Trustee:** L. DAVID ZUBE (520640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2766 - Checking Account  
**Blanket Bond:** $3,130,600.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/15/18 | {18} | Maureen A. Tighe - IOLA | 50% ownership interest remaining proceeds from sale of real property owned by EDM Realty, Inc. | 1129-000 | 20,881.48 | | 20,881.48 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.01 | 20,870.47 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.01 | 20,838.46 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.97 | 20,807.49 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.96 | 20,791.53 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.79 | 20,772.74 |
| 02/25/19 | {19} | Shipkevich PLLC | recover (disgorge) debtors' attorney fees paid | 1290-000 | 2,000.00 | | 22,772.74 |
| 03/25/19 | {20} | Edward V. & Margaret A. Miller | funds per Settlement Agreement - "escrow" pending approval by Order | 1249-000 | 33,300.00 | | 56,072.74 |
| 08/30/19 | 101 | L. DAVID ZUBE | Dividend paid 100.00% on $6,015.07, Trustee Compensation;  Reference: | 2100-000 | | 6,015.07 | 50,057.67 |
| 08/30/19 | 102 | L. DAVID ZUBE | Dividend paid 100.00% on $44.10, Trustee Expenses;  Reference: | 2200-000 | | 44.10 | 50,013.57 |
| 08/30/19 | 103 | L. David Zube, Esq. | Dividend paid 100.00% on $6,105.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 6,105.00 | 43,908.57 |
| 08/30/19 | 104 | L. David Zube, Esq. | Dividend paid 100.00% on $196.58, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 196.58 | 43,711.99 |
| 08/30/19 | 105 | American Express National Bank | Dividend paid 100.00% on $28,381.39; Claim# 2; Filed: $28,381.39; Reference: | 7100-000 | | 28,381.39 | 15,330.60 |
| 08/30/19 | 106 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $617.82; Claim# 3; Filed: $617.82; Reference: | 7100-000 | | 617.82 | 14,712.78 |
| 08/30/19 | 107 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $12,914.25; Claim# 4; Filed: $12,914.25; Reference: | 7100-000 | | 12,914.25 | 1,798.53 |
| 08/30/19 | 108 | American Express National Bank | Dividend paid 100.00% on $0.00; Claim# 2I; Filed: $0.00; Reference: | 7990-000 | | 621.94 | 1,176.59 |
| 08/30/19 | 109 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $0.00; Claim# 3I; Filed: $0.00; Reference: | 7990-000 | | 13.54 | 1,163.05 |
| 08/30/19 | 110 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $0.00; Claim# 4I; Filed: $0.00; Reference: | 7990-000 | | 283.00 | 880.05 |
| 08/30/19 | 111 | MILLER, EDWARD V | Dividend paid 100.00% on $880.05; Claim# SURPLUS; Filed: $880.05; Reference: | 8200-002 | | 880.05 | 0.00 |

Subtotals :   $56,181.48   $56,181.48

{} Asset reference(s)

Printed: 10/16/2019 01:36 PM   V.14.50

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 17-60029
**Case Name:** MILLER, EDWARD V
  MILLER, MARGARET A
**Taxpayer ID #:** **-***7359
**Period Ending:** 10/16/19

**Trustee:** L. DAVID ZUBE (520640)
**Bank Name:** Rabobank, N.A.
**Account:** ******2766 - Checking Account
**Blanket Bond:** $3,130,600.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 56,181.48 | 56,181.48 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 56,181.48 | 56,181.48 | |
| | | | Less: Payments to Debtors | | | 880.05 | |
| | | | **NET Receipts / Disbursements** | | **$56,181.48** | **$55,301.43** | |

Net Receipts :  56,181.48
Less Payments to Debtor :  880.05
_____
Net Estate :  $55,301.43

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******2766** | 56,181.48 | 55,301.43 | 0.00 |
| | **$56,181.48** | **$55,301.43** | **$0.00** |

{} Asset reference(s)

Printed: 10/16/2019 01:36 PM    V.14.50